# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAOLA PAZYMINO, *on behalf of herself and those similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>SELIP & STYLIANOU, LLP; RICHARD S. EICHENBAUM and JOHN DOES 1 to 10,<br><br>Defendants. | Civil Action No.: 2:17-cv-00132-ES-MAH<br><br><br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

The undersigned, being counsel for all parties who have appeared in this action, represent the parties have amicably resolved this matter, and neither Fed. R. Civ. P. 23(e), 23.1(c), 23.2 nor 66 apply to this matter;

Now, therefore, by this stipulation and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff voluntarily dismisses this action with prejudice as to her individual claims and without prejudice as to the claims of the putative class, and without costs.

|  |  |
|---|---|
|  | KIM LAW FIRM LLC<br>Attorneys for Plaintiff |
| DATED: February 6, 2018 | *s/Yongmoon Kim*<br>Yongmoon Kim |
|  | SELIP & STYLIANOU, LLP<br>Attorneys for Defendant |
| DATED: February 6, 2018 | *s/Harry Stylianou*<br>Harry Stylianou |
| DATED: 2/7/18 | SO ORDERED:<br><br>Esther Salas, U.S.D.J. |